```
            FILED           RECEIVED
    ✓       ENTERED         SERVED ON
                    COUNSEL/PARTIES OF RECORD

            DEC - 3 2010

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
    BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:09-CR-224-RLH (RJJ) |
| CHARLES LUCIOUS, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On June 14, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant CHARLES LUCIOUS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant CHARLES LUCIOUS pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 18, 2010 through July 17, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:

9      a) an AK-47 assault rifle (serial no. 3057);
10     b) a .357 Colt revolver (serial no. 71659J);
11     c) a box of fifty (50) rounds of Winchester .357 ammunition;
12     d) six (6) rounds assorted .357 caliber ammunition;
13     e) fifty (50) rounds Winchester-Western 9mm ammunition;
14     f) fifty-three (53) rounds of Remington 10 caliber ammunition;
15     g) sixteen (16) rounds unknown 30-06 caliber ammunition;
16     h) four (4) rounds Winchester-Western .357 ammunition;
17     i) fifteen rounds (15) unknown 762 caliber ammunition;
18     j) nineteen (19) rounds unknown 308 caliber ammunition;
19     k) one (1) round unknown .45 caliber ammunition;
20     l) one (1) round Winchester-Western .38 caliber ammunition;
21     m) four (4) rounds assorted 9mm caliber ammunition; and
22     n) one thousand (1000) rounds assorted ammunition ("property).

23 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
24 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
25 as any income derived as a result of the United States of America's management of any property
26 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
   according to law.

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.
3 | DATED this __3__ day of __December__, 2010.

_____
UNITED STATES DISTRICT JUDGE