UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARLES LUCIOUS,<br><br>                Defendant. | 2:09-CR-224-RLH-RJJ<br><br>**ORDER FOR PLACEMENT IN RESIDENTIAL REENTRY HALFWAY HOUSE** |

Presently before the Court is the matter U.S. v. defendant CHARLES LUCIOUS.

On September 3, 2014, this Court held a hearing for revocation of supervised release as to defendant CHARLES LUCIOUS. The Government, U. S. Probation, and the defendant request that the supervision in this case be continued and modified to allow Mr. Lucious to reside in the residential reentry halfway house for a term of four (4) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant CHARLES LUCIOUS reside in a residential re-entry center/Half-way House for a period of four (4) months. All previously imposed conditions remain unchanged.

DATED: September 4, 2014

_____
UNITED STATES DISTRICT JUDGE